UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>YAFFEE RESTAURANT SUPPLY, A DIVISION OF MICHELOTTI ENGINEERING, INC.; KOOKMIN BEST INSURANCE CO., LTD. (U.S. BRANCH)<br><br>Defendants. | No. 2:22-CV-01723-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT KOOKMIN BEST INSURANCE COMPANY, LTD, TO RESPOND TO COMPLAINT [L.R. 144(a)]**<br><br>Complaint Filed: September 29, 2022 |

Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED that the last day for the filing of a responsive pleading by Defendant KOOKMIN BEST INSURANCE COMPANY, LTD (U.S. BRANCH) is extended to November 22, 2022.

**IT IS SO ORDERED.**

DATED: November 2, 2022

Troy L. Nunley
United States District Judge